## STATEMENT OF FACTS

On Friday, August 22, 2025, at approximately 4:43 PM, Sergeant Robert Underwood of the Amtrak Police was patrolling Union Station, located at 50 Massachusetts Avenue NE, Washington, DC 20002. While on patrol, Sgt. Underwood observed Scott J. PICHON (hereinafter PICHON), on a scooter, approach two members of the South Carolina Army National Guard, V-1 and V-2. At the time of the offense, V-1 and V-2 were on active duty and mobilized for federal service pursuant to President Trump's March 28, 2025, Executive Order, "Making the District of Columbia Safe and Beautiful" and August 11, 2025, Presidential Memorandum, "Restoring Law and Order in the District of Columbia." V-1 and V-2 were in official attire and assigned to a post at Union Station, working with members of Amtrak Police.

Sgt. Underwood observed PICHON ride a scooter up to V-1 and V-2 while they were at their post, and heard PICHON make a noise like he was coughing up mucus. Sgt. Underwood then observed PICHON spit a mixture of saliva and mucus on V-1 and V-2. The saliva and mucus landed on V-1 and V-2 in the chest and face area. Specifically, the saliva and mucus hit V-1 in the face and hit V-2 on the neck. PICHON did not stop his scooter as he spat on V-1 and V-2.

A security camera located close to the incident captured PICHON as he rode the scooter towards V1 and V-2, and then captured V-1 and V-2 reacting to being spat upon by PICHON. Figures 1 and 2, below, show PICHON approaching V-1 and V-2, and Figure 3 shows V-1 and V-2 reacting to being spat upon.

*Figure 1*



*Figure 2*



*Figure 3*



Upon observing PICHON spit on V-1 and V-2, Sergeant Underwood approached PICHON, detained him, and placed him under arrest.

As such, your affiant submits that there is probable cause to believe that Scott PICHON violated 18 U.S.C. § 111(a) (felony) by forcibly assaulting and making physical contact with V-1 and V-2 while they were engaged in or account of the performance of their official duties, respectively.

Respectfully submitted,

Kyle Johnson
Special Agent
FBI

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 23, 2025.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE