AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 12:58 pm, Aug 25, 2025

| | |
|---|---|
| United States of America<br>v.<br>Scott J. Pichon<br><br>*Defendant* | Case: 1:25-mj-00167<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/23/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  __Scott J. Pichon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony).

Date:  08/23/2025

*G. Michael Harvey*
*Issuing officer's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/23/2025, and the person was arrested on *(date)* 8/26/2025
at *(city and state)* Washington, DC.

Date: 8/26/2025

*Arresting officer's signature*

J. Harris  DCUSM
*Printed name and title*