UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT PICHON,**<br><br>Defendant. | Case No. 25-MJ-167 |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against defendant Scott Pichon, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The United States has determined that dismissal of this matter is in the interests of justice. Accordingly, the United States requests that the Court dismiss the criminal complaint against defendant Scott Pichon without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Caelainn Carney*
      Caelainn Carney
      Assistant United States Attorney
      NY Bar No. 5751672
      601 D Street NW
      Washington, D.C. 20052
      202-714-6433
      Caelainn.carney@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**SCOTT PICHON,**<br><br>    Defendant. | Case No. 25-MJ-167 |

## PROPOSED ORDER

Upon consideration of the United States's Motion to Dismiss Complaint Without Prejudice (the "United States's motion") and any opposition thereto, it is hereby ORDERED that the United States's motion is GRANTED and the complaint shall be DISMISSED without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE